UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MCKESSON CORPORATION
*a Delaware corporation*,
    Plaintiff,

v.                                           Case No. 8:24-cv-1413-KKM-LSG

BENZER OH 9, LLC,
*an Ohio limited liability company*, et al.,

    Defendants.

## ORDER

McKesson Corporation moves for default judgment against the defendants. Mots. for Default J. (Docs. 27, 34). The Magistrate Judge recommended that I grant the motions. R&R (Doc. 35).

No party has timely objected. Nevertheless, I review the Magistrate Judge's legal conclusions de novo. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019). I conclude that default judgment against the defendants is appropriate for the reasons and to the extent the Magistrate Judge stated. *See* R&R at 2–4.

Accordingly, the following is **ORDERED:**

1. The Magistrate Judge's Report and Recommendation, (Doc. 35), is **ADOPTED** and made a part of this Order for all purposes.

2. McKesson Corporation's Motions for Default Judgment, (Docs. 27, 34), are **GRANTED**.

3. The Clerk is directed to **ENTER JUDGMENT** which shall read "Judgment is entered in favor of McKesson Corporation and against Benzer Pharmacy Holding, LLC, Benzer OH 9, LLC, Alpesh Patel, Hema Patel, and Manish Patel, jointly and severally, in the amount of $140,549.75, as of November 14, 2024, plus interest accruing at the promissory note rate of $34.55 per day through December 1, 2025, together with post-judgment interest."

4. The Clerk is directed to **CLOSE** this case and **TERMINATE** any remaining deadlines.

**ORDERED** in Tampa, Florida, on December 3, 2024.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge